**SATTERLEE STEPHENS BURKE & BURKE LLP**
Walter A. Saurack, Esq.
51 John F. Kennedy Parkway
First Floor West
Short Hills, New Jersey  07078-2713
Telephone: (973) 218-2509
Facsimile: (973) 218-2401

*Attorneys for Plaintiff Merrick Bank Corporation*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MERRICK BANK CORPORATION,<br><br>Plaintiff,<br><br>-against-<br><br>VALLEY NATIONAL BANK,<br><br>Defendant. | Civil No. 13-cv-7756-ES-JAD |

**MOTION TO ADMIT JAMES REGAN TO APPEAR *PRO HAC VICE***

Walter A. Saurack, Esq. of Satterlee Stephens Burke & Burke LLP, a member in good standing of the bar of the State of New Jersey, admitted to practice before the United States District Court for the District of New Jersey, and attorney for Plaintiff Merrick Bank Corporation ("Merrick"), hereby moves this Honorable Court in accordance with Local Civil Rule 101.1(c) for an Order admitting James Regan, an attorney with the law firm of Satterlee Stephens Burke & Burke LLP, to practice before this Honorable Court *pro hac vice* on behalf of Plaintiff in the above captioned matter, and in support of this motion states the following:

1. I have an office for the practice of law at the firm of Satterlee Stephens Burke & Burke LLP, at 51 John F. Kennedy Parkway, First Floor West, Short Hills, New Jersey 07078-

1

2713.

2. I received a Juris Doctor degree from Notre Dame Law School, I am a member in good standing of the bar of the State of New Jersey and I was admitted to practice before the state courts in 1998.

3. I am a member in good standing of the State Bars of New York (1996) and New Jersey (1998). I have been admitted to the United States District Court for the Southern and Eastern Districts of New York, the U.S. District Court for the District of New Jersey, and the U.S. Court of Appeals for the Second Circuit.

4. Since the dates of the admissions to the bars and courts set forth above, I have continued to practice in these courts and have at all times remained a member in good standing of the bars and these courts.

5. I have never been held in contempt of court nor censured in a disciplinary proceeding, suspended or disbarred by any court or admonished by any disciplinary committee of the organized bar, nor the subject of any pending complaint before the court.

6. I have read and will comply with Local Civil Rule 101.1(c) of this Court. I will also comply with the provisions of the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, and the Local Rules of Practice for the United States District Court for the District of New Jersey.

7. I submit this motion for the admission pro hac vice of my colleague, James Regan, who is a member with Satterlee Stephens Burke & Burke LLP.

8. Mr. Regan is a member with Satterlee Stephens Burke & Burke LLP, practicing at the firm's New York office, located at 230 Park Avenue, Suite 1130, New York, New York. Mr. Regan is an attorney who is fully familiar with both this case and the areas of law pertaining to

this case.

9. The certification of Mr. Regan is being submitted in support of this Motion.

10. I understand that payment is to be made to the New Jersey Lawyer's Fund for Client Protection on behalf of Mr. Regan, pursuant to New Jersey Court Rule 1:28-2(a), for each calendar year of his pro hac vice admission in this action (to the extent that such fee has not otherwise been paid in connection with another matter).

11. I understand that payment is also to be made to the Clerk of the United States District Court for the District of New Jersey, pursuant to Local Rule 101.1(c)(3), on behalf of Mr. Regan, for his pro hac vice admission in this matter.

12. A proposed form of Order is submitted herewith.

13. Wherefore, Plaintiff, by and through undersigned counsel, respectfully requests that Mr. Regan be admitted pro hac vice as attorney in the United States District Court for the District of New Jersey, to advise, represent and appear on behalf of Plaintiff in this action and to participate in the trial or argument of all matters before the Court concerning this action.

Dated: April 18, 2014

        Respectfully submitted,

        SATTERLEE STEPHENS BURKE & BURKE LLP

        By: /s/ Walter A. Saurack
            Walter A. Saurack
            51 John F. Kennedy Parkway
            First Floor West
            Short Hills, New Jersey 07078-2713
            Telephone: (973) 218-2509
            Facsimile: (973) 218-2401

        *Attorneys for Plaintiff Merrick Bank Corporation*