UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | : | |
|---|---|---|
| **MERRICK BANK CORPORATION,** | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 13-7756 (ES) |
| | : | |
| v. | : | |
| | : | |
| **VALLEY NATIONAL BANK,** | : | ORDER |
| | : | |
| Defendant. | : | |
| | : | |

This matter having come before the Court on the motion of Satterlee Stephens Burke & Burke LLP ["the movant"], attorney for the plaintiff, for the pro hac vice admission of Daniel G. Gurfein, James Regan, Mario Aieta ["counsel"], pursuant to L. Civ. R. 101.1;

and the defendants having not entered an appearance;

and thus motion practice at this stage is premature;

IT IS ON THIS 21st day of April, 2014

ORDERED that the motion for the pro hac vice admission of counsel [Docket Entry Nos. 5,6,7] are denied without prejudice.

s/Michael A. Hammer
**UNITED STATES MAGISTRATE JUDGE**