# SATTERLEE STEPHENS BURKE & BURKE LLP

230 PARK AVENUE
NEW YORK, NY 10169-0079
(212) 818-9200
FAX (212) 818-9606

www.ssbb.com

51 JOHN F. KENNEDY PARKWAY
FIRST FLOOR WEST
SHORT HILLS, NJ 07078-2713
(973) 218-2509
FAX (973) 218-2401

E-mail: wsaurack@ssbb.com
Direct Dial: 212-404-8703

September 15, 2015

**Via CM/ECF**

Clerk of Court
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

RE:   *Merrick Bank Corporation v. Valley National Bank* (2:13-cv-07756-MCA-MAH)

Dear Sir/Madam:

We write pursuant to the Court's direction to either file a motion for leave to have the Letter, filed by Merrick Bank Corporation on September 14, 2015 and docketed as entry number 86, sealed and marked Confidential or to submit a Certification that this document's access was restricted in error. Please be advised that the Letter was restricted in error. Kindly accept this letter as a formal request to unseal the same. Thank you.

Respectfully,

Walter A. Saurack

cc. Gregory Hayworth (by ECF and email)

2296039_4